AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**EDWARD KENNETH KELLY, JR**
**DOB: xx/xx/64**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **SEPTEMBER 2, 2004** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title **21** United States Code, Section(s) **841(b)(1)(c)**.

I further state that I am **SPECIAL AGENT CHEYVORYEA GIBSON**, and that this complaint is

based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
**SPECIAL AGENT CHEYVOREA GIBSON**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____  at  **Washington, D.C.**
Date                                      City and State

_____      _____
Name & Title of Judicial Officer             Signature of Judicial Officer