## **STATEMENT OF FACTS**

On 09/02/2004, at 6:37 a.m., special agents of the Federal Bureau of Investigation (FBI) and the U.S. Drug Enforcement Administration (DEA) executed a search warrant at 1526 Potomac Avenue SE, Washington, DC issued by the United States District Court for the District of Columbia.  The apartment searched is a small one bedroom apartment.  During the execution of the search warrant, the defendant, EDWARD KENNETH KELLY, was located in the living room.  Recovered during the search of the residence, agents seized 491.7 grams of powder cocaine which was located inside of a backpack in the living room.   Agents also recovered a loaded Glock 9mm semi-automatic handgun from underneath a mattress in the bedroom, and approximately $47,000 in United States currency which was recovered in numerous locations around the apartment.  Also recovered were personal papers in KELLY's name.

During the search of the residence, KELLY made a spontaneous statement to agents claiming ownership of the loaded gun that was located within the bedroom of the residence.  Post-Miranda, KELLY stated, "I take full responsibility for whatever you'll found in Lenia's apartment!"  KELLY also stated that he has been consistently residing at 1526 Potomac Avenue SE for the past year.

A qualitative and quantitative analysis was conducted by the DEA Mid-Atlantic Laboratory on the white powdery substance that was recovered during the search of KELLY's residence. The analysis revealed that the substance was 497.1 grams of Cocaine Hydrochloride (Powder Cocaine), a controlled dangerous substance.  The firearms section of the D.C Metropolitan Police Department conducted a firearm examination on the Glock 9mm semi-automatic handgun that was also recovered during the search of the residence.

_____
SPECIAL AGENT CHEYVORYEA GIBSON
FEDERAL BUREAU OF INVESTIGATION

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MAY, 2006.

_____
U.S. MAGISTRATE JUDGE