UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-207M (AK)** |
| v. | : | |
| | : | |
| **EDWARD KENNETH KELLY, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Perham Gorji, at telephone number (202) 353-8822 and/or email address Perham.Gorji@usa.usdoj.gov. Mr. Gorji will substitute for Assistant United States Attorney Angela S. George as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

---

PERHAM GORJI
Assistant United States Attorney
D.C., Bar No.
555 4th Street, NW, Room 4233
Washington, DC 20530
(202) 353-8822